## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Richard Heimer

               Plaintiff,

v.                                      Case No.: 3:25–cv–50250

                                      Honorable Iain D. Johnston

Caleb Brown, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

      MINUTE entry before the Honorable Michael F. Iasparro: Defendants have been served, and their answers were due 7/10/2025 and 7/11/2025. Dkts. 7–8. To date, no answers have been filed. Counsel has appeared for Defendant Village of Roscoe, but no appearances have been filed for the individual Defendants. The Court sua sponte extends the time for all Defendants to answer or otherwise respond to the complaint to 7/23/2025. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.