**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Western Division**

Richard Heimer

                Plaintiff,

v.

Caleb Brown, et al.

                Defendant.

Case No.: 3:25–cv–50250
Honorable Iain D. Johnston

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2025:

     MINUTE entry before the Honorable Michael F. Iasparro: On Defendants' motion to dismiss [15], Plaintiff's response is due by 9/15/2025 and Defendants' reply is due by 9/29/2025. The parties shall jointly complete the PDF fillable Initial Status Report and Proposed Case Management Order form found on Judge Iasparro's website at www.ilnd.uscourts.govand file by 9/4/2025. An in–person initial status hearing is set for 9/11/2025 at 11:00 AM. Counsel for all parties are ordered to appear in Courtroom 3200 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.