**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Western Division**

Richard Heimer

                Plaintiff,

v.

                                      Case No.: 3:25–cv–50250
                                      Honorable Iain D. Johnston

Caleb Brown, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 11, 2025:

       MINUTE entry before the Honorable Michael F. Iasparro: In person initial status hearing held 9/11/2025. As discussed on the record, the parties' proposed case management order [18] is modified as follows: Rule 26(a)(1) disclosures by 10/15/2025; 30 interrogatories and 15 requests for admission by each party to any other party; 12 depositions by Plaintiff and 8 depositions by Defendant limited to 4 hours each, other than that of Caleb Brown, Sam Hawley, Phillip Harris, and Plaintiff, which are limited to 5 hours each; amended pleadings, new counts or parties, and third–party complaints with appropriate leave of court when necessary by 1/15/2026; Rule 26(a)(2)(C) disclosures by 3/1/2026; Rule 26(e) supplements by 3/30/2026; fact discovery ends 4/30/2026; retained expert and dispositive motion deadlines are reserved. The parties are directed to review Judge Iain D. Johnston's standing order on summary judgment motions. By 11/10/2025, the parties are directed to file a joint status report updating the Court on the status of discovery. The parties are reminded that the Court will, at the parties' request, facilitate a settlement conference. The parties should refer to Judge Iasparro's standing order on settlement conferences and contact the Court's Operations Specialist if they are interested in participating in a settlement conference with the Court. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.