**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RICHARD J. HEIMER, | ) | |
|    Plaintiff, | ) | **Jury Demanded** |
| | ) | |
| | ) | Judge Iain D. Johnston |
| v. | ) | |
| | ) | No. 25-cv-50250 |
| | ) | |
| CALEB BROWN, in his individual capacity; | ) | |
| EDGAR ALTAMIRANO, | ) | |
|    in his individual capacity; | ) | |
| SAM HAWLEY, in his individual capacity; | ) | |
| THOMAS FARONE, in his individual capacity; | ) | |
| PHILLIP HARRIS, in his individual capacity; and | ) | |
| THE VILLAGE OF ROSCOE; | ) | |
|    Defendants. | ) | |

**JOINT STATUS REPORT, 11-10-25**

The parties submit the following Joint Status Report concerning discovery.

**A.**      **Plaintiff**

On October 20, 2025, Plaintiff served his First Set of Document Requests on Defendants.

On or about October 20, 2025, Plaintiff served a records subpoena on the State's

Attorney's Office for Winnebago County.

Plaintiff has not noticed any depositions at this point in time.

**B.**      **Defendants**

Defendants intend to serve written discovery on Plaintiff within the next 7 days.

Dated: November 10, 2025          **Law Office Of George M. Sanders**

By:   /s/ George M Sanders
George M. Sanders
77 W. Wacker Dr., Suite 4500
Chicago, IL  60601
312/624-7645 (tel)
312/523-2001 (fax)

1

2

Attorney No. 6220443

Attorney No. 6220443