## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Western Division

Richard Heimer

                    Plaintiff,

v.                                            Case No.: 3:25−cv−50250
                                             Honorable Iain D. Johnston

Caleb Brown, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

        MINUTE entry before the Honorable Michael F. Iasparro: Telephonic hearing held 5/26/2026. Plaintiff Richard Heimer's request for additional time to obtain new counsel is granted. In light of Plaintiff's request for new counsel, discovery shall remain stayed pending the next telephonic status hearing, which is set for 6/25/2026 at 9:00 AM. Public access is available via the following call−in number: (855) 244−8681, with access code 2310 278 3512# #. Plaintiff Richard Heimer and counsel for all parties, including any newly retained counsel for Plaintiff, are ordered to appear using the call−in number above. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violations of these prohibitions may result in sanctions. Plaintiff is cautioned that failure to appear at the 6/25/2026 hearing in compliance with this Court's order may result in a report and recommendation that this action be dismissed for want of prosecution. The Clerk is directed to mail a copy of this order to Plaintiff. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.