**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Richard Heimer
Plaintiff,
v.
Caleb Brown, et al.
Defendant.

Case No.: 3:25−cv−50250
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

MINUTE entry before the Honorable Michael F. Iasparro: The Court has received and reviewed the parties' joint status report [52] and will grant Plaintiff's request for additional time to propound written discovery requests and/or subpoenas. Such additional written discovery shall be completed by 9/17/2026. In accordance with the original case management order entered on 9/11/2025 [22], the parties' updated proposed case management order [50] is modified as follows: 30 interrogatories and 15 requests for admission by each party to any other party; 12 depositions by Plaintiff and 8 depositions by Defendant limited to 4 hours each, other than that of Caleb Brown, Sam Hawley, Phillip Harris, and Plaintiff, which are limited to 5 hours each; amended pleadings, new counts or parties, and third−party complaints with appropriate leave of court when necessary by 10/16/2026; Rule 26(a)(2)(C) disclosures by 11/30/2026; Rule 26(e) supplements by 11/30/2026; fact discovery ends 12/31/2026; retained expert and dispositive motion deadlines are reserved. The status hearing remains set for 9/17/2026 at 10:00 AM. Public access is available via the following call−in number: (855) 244−8681, with access code 2310 278 3512# #. Counsel for all parties are ordered to appear by using the call−in number above. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violations of these prohibitions may result in sanctions. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.